ADAM R.F. GUSTAFSON, Acting Assistant Attorney General
MEREDITH L. FLAX, Deputy Section Chief
NICOLE M. SMITH, Assistant Section Chief
DAVIS A. BACKER, Trial Attorney (CO Bar No. 53502)
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street, North Terrace, Suite 600
Denver, CO 80202
Tel: (202) 305-5469
Fax: (202) 305-0275
Email: davis.backer@usdoj.gov

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>DOUG BURGUM, in his official capacity as Secretary of the United States Department of the Interior, et al.,<br><br>Defendants. | No. 1:18-cv-1568-TNM |

**DEFENDANTS' UNOPPOSED MOTION FOR STAY OF DEADLINES
TO COMPLY WITH THE COURT'S JUNE 14, 2019 ORDER
IN LIGHT OF LAPSE OF APPROPRIATIONS**

Defendants in the above-captioned matter hereby move unopposed for a stay of deadlines until January 9, 2026, to comply with the parties' stipulated settlement agreement, ECF No. 27, and the Court's June 14, 2019 minute order adopting the same.

1. By minute order on June 19, 2019, the Court adopted the terms of the parties' stipulated settlement, ECF No. 27, and dismissed Plaintiff's claims with prejudice. Under the terms

of the parties' settlement agreement, the U.S. Fish and Wildlife Service ("Service") agreed to submit to the Office of the Federal Register, a final determination under the Endangered Species Act concerning the designation of critical habitat for four different mussel species no later than November 30, 2025.[1]

2. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive agencies, including the Service. The Department does not know when such funding will be restored by Congress.

3. Absent an appropriation, Department of Justice attorneys and employees of the Service are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

4. Undersigned counsel for the Department of Justice therefore requests a stay of the Court's November 30, 2025 deadline for the Service to submit to the Office of the Federal Register a final determination concerning the designation of critical habitat for these four mussel species until January 9, 2026.[2] Although the Department of Justice does not know when funding will be restored by Congress, Defendants propose a stay tied to a date certain rather than a stay commensurate with the length of the lapse in appropriations at this time in an attempt to provide the parties with some certainty.

5. Consistent with Paragraph 3 of the parties' settlement agreement, counsel for Defendants

---

[1] The mussel species include the snuffbox (*Epioblasma triquetra*), rayed bean (*Villosa fabalis*), sheepnose (*Plethobasus cyphyus*), and spectaclecase (*Cumberlandia monodonta*) mussels.

[2] Defendants reserve the right to move for additional time as need be, depending on when funding is restored by Congress and other exigent circumstances.

conferred with Plaintiff's counsel regarding this motion. Plaintiff's counsel indicated that Plaintiff is unopposed to the requested relief.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of the Court's November 30, 2025 deadline for the Service to submit to the Office of the Federal Register a final determination concerning the designation of critical habitat for the above-mentioned four mussel species until January 9, 2026.

Dated:  November 10, 2025               Respectfully submitted,

                                        ADAM R.F. GUSTAFSON,
                                        Acting Assistant Attorney General
                                        MEREDITH L. FLAX, Deputy Section Chief
                                        NICOLE M. SMITH, Assistant Section Chief

                                        */s/ Davis A. Backer*
                                        DAVIS A. BACKER (CO Bar No. 53502)
                                        Trial Attorney
                                        United States Department of Justice
                                        Environment & Natural Resources Division
                                        Wildlife & Marine Resources Section
                                        999 18th Street, North Terrace, Suite 600
                                        Denver, CO 80202
                                        Tel: (202) 305-5469
                                        Fax: (202) 305-0275
                                        Email: davis.backer@usdoj.gov

                                        *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record.

/s/ Davis A. Backer
DAVIS A. BACKER (CO Bar No. 53502)
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street, North Terrace, Suite 600
Denver, CO 80202
Tel: (202) 305-5469
Fax: (202) 305-0275
Email: davis.backer@usdoj.gov

*Attorney for Defendants*